IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02485-WDM-BNB

BRADLEY DEWITT,

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion to Amend Complaint** [Doc. # 12, filed 1/25/2008] (the "Motion to Amend"). The Motion to Amend is opposed, essentially because the defendant claims it is entitled to have the third claim for relief dismissed under Fed. R. Civ. P. 12. The Motion to Amend is GRANTED.

First, I disapprove of the Motion to Amend because it fails to specify in any manner the nature of the proposed amendments or even to identify where in changes are made by the proposed amended complaint.

I also disapprove of the defendant's tactic of tying together its opposition to the Motion to Amend and its arguments in support of dismissal under Rule 12. The tactic is patent, insofar as the response states on its fact that it is the defendant's "Response in Opposition to Plaintiff's Motion to Amend Complaint and Reply in Support of its Motion to Dismiss Plaintiff's Third Claim for Relief." Defendant's Response In Opposition to Plaintiff's Motion to Amend Complaint and Reply In Support of Motion to Dismiss Plaintiff's Third Claim for Relief [Doc. #

16, filed 2/12/2008] (the "Response") at p.1.

I do not find that the plaintiff has engaged in undue delay in seeking amendment or that the defendant will suffer undue prejudice if the amendment is allowed. I cannot say on the record before me that the amendment certainly is futile. I find no bad faith or dilatory motive on the part of the plaintiff.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand [Doc. # 12-2]. The defendant shall answer or otherwise respond to the amended complaint within 10 days.

Dated March 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge