IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02485-PAB-BNB

BRADLEY \DEWITT,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,
a Massachusetts corporation,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the parties' Stipulation for Dismissal with Prejudice [Docket No. 53]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED January 23, 2009.

                                                  BY THE COURT:

                                                 s/Philip A. Brimmer
                                                 PHILIP A. BRIMMER
                                                 United States District Judge